RE: Case No. 25-0016                     DATE: 2/28/2025
    COA #: 15-24-00037-CV            TC#: D-1-GN-23-008370
STYLE: EUBANKS v. NELSON

    Today the Supreme Court of Texas denied the petition
for review in the above-referenced case.   (Justice Sullivan
not participating)




                    TRAVIS  EUBANKS
                    * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0016                    DATE: 2/28/2025
COA #: 15-24-00037-CV          TC#: D-1-GN-23-008370
STYLE: EUBANKS v. NELSON

Today the Supreme Court of Texas denied the petition for review in the above-referenced case. (Justice Sullivan not participating)

JARRETT  WOODWARD
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0016                DATE: 2/28/2025
COA #: 15-24-00037-CV       TC#: D-1-GN-23-008370
STYLE: EUBANKS v. NELSON

    Today the Supreme Court of Texas denied the petition for review in the above-referenced case. (Justice Sullivan not participating)


                    AMANDA  EUBANKS
                    * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0016           DATE: 2/28/2025
COA #: 15-24-00037-CV       TC#: D-1-GN-23-008370
STYLE: EUBANKS v. NELSON

Today the Supreme Court of Texas denied the petition for review in the above-referenced case. (Justice Sullivan not participating)

DISTRICT CLERK  TRAVIS COUNTY
TRAVIS COUNTY COURT
P. O. BOX 679003
AUSTIN, TX  78767
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0016        DATE: 2/28/2025
COA #: 15-24-00037-CV       TC#: D-1-GN-23-008370
STYLE: EUBANKS v. NELSON

    Today the Supreme Court of Texas denied the petition for review in the above-referenced case. (Justice Sullivan not participating)

MS. STEPHANIE CRISCIONE
ASSISTANT ATTORNEY GENERAL
209 W 14TH ST
AUSTIN, TX 78701-1614
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0016          DATE: 2/28/2025
COA #: 15-24-00037-CV        TC#: D-1-GN-23-008370
STYLE: EUBANKS v. NELSON

Today the Supreme Court of Texas denied the petition for review in the above-referenced case.  (Justice Sullivan not participating)


CHRISTOPHER  PRINE
FIFTEENTH COURT OF APPEALS
P.O, BOX 12852
AUSTIN, TX  78711
* DELIVERED VIA E-MAIL *